# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC A FORTUNE | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-2215 |
| KELVIN A DAUGHTRY et al | : | |

## ORDER

**AND NOW**, this 25th day of June 2024, upon consideration of Plaintiff's, Eric A. Fortune's, Motion for Partial Summary Judgment (ECF No. 15), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**